# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                              CASE NO.  3:94cr3135LAC

KELVIN DAVENPORT

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 11, 2005

Motion/Pleadings:   MOTION FOR POST TRIAL RELIEF PURSUANT TO TITLE 18 U.S.C. 3582 TO MODIFY SENTENCING ORDER AND TO PROVIDE AN UPDATED PRESENTENCE INVESTIGATION REPORT

Filed by DEFENDANT PRO SE        on 9/27/05        Doc.# 581

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)                                    /s/ Mary Maloy-Wells
                                               Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of October, 2005, that:*

*(a) The relief requested is **DENIED.***

*(b) Booker and FanFan are not retroactive.*

s/*L. A. Collier*
**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.